William D. Hyslop
United States Attorney
Eastern District of Washington
Troy J. Clements
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10  2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL LUIS PACHECO,<br><br>Defendant. | 1:19-CR-2040-SAB<br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute A Mixture or Substance Containing A Detectable Amount of Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute A Mixture or Substance Containing A Detectable Amount of Cocaine<br>(Count 2)<br><br>18 U.S.C. § 924 (c)(1)(A), (B)(ii)<br>Possession of Machinegun in Furtherance of Drug Trafficking Crime<br>(Count 3)<br><br>26 U.S.C. §5861(d)<br>Possession of Unregistered Firearm<br>(Count 4)<br><br>18 U.S.C. §§ 922(o), 924(a)(2) -<br>Illegal Possession of a Machinegun<br>(Count 5) |

INDICTMENT

|   |   |
|---|---|
|   | 18 U.S.C. §§ 922(g)(1), 924(a)(2) - Felon in Possession of Firearm (Count 6) |
|   | 21 U.S.C. § 853, 18 U.S.C. § 924, 26 U.S.C. § 5872, 49 U.S.C. § 80303, 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about November 14, 2018, in the Eastern District of Washington, the Defendant, ANGEL LUIS PACHECO, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about November 14, 2018, in the Eastern District of Washington, the Defendant, ANGEL LUIS PACHECO, did knowingly and intentionally possess with intent to distribute and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about November 14, 2018, in the Eastern District of Washington, the Defendant, ANGEL LUIS PACHECO, knowingly possessed a machinegun, to wit:

INDICTMENT

a Glock, model 23, Generation 4, .40 caliber pistol, bearing serial number UKT547, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as charged in Count 1, and possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as charged in Count 2, in violation of 18 U.S.C. § 924(c)(1)(A), (B)(ii).

## COUNT 4

On or about November 13, 2018, and continuing on or about November 14, 2018, in the Eastern District of Washington, the Defendant, ANGEL LUIS PACHECO, knowingly possessed a firearm, to wit: a Glock, model 23, Generation 4, .40 caliber pistol, bearing serial number UKT547, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), 5871.

## COUNT 5

On or about November 13, 2018, and continuing on or about November 14, 2018, in the Eastern District of Washington, the Defendant, ANGEL LUIS PACHECO, did knowingly possessed a machinegun, to wit: a Glock, model 23,

INDICTMENT

Generation 4, .40 caliber pistol, bearing serial number UKT547, which had been modified to operate as a "machine gun," as defined in 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b), in violation of 18 U.S.C. §§ 922(o), 924(a)(2).

## COUNT 6

On or about November 13, 2018, and continuing on or about November 14, in the Eastern District of Washington, the Defendant, ANGEL LUIS PACHECO, knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Glock, model 23, Generation 4, .40 caliber pistol, bearing serial number UKT547, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as alleged in Counts 1 and 2 of this Indictment, the Defendant, ANGEL LUIS PACHECO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be

INDICTMENT

used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 924(c), 922(o)(1) and 922(g)(1), as alleged in Counts 3, 5 and 6 of this Indictment, the Defendant, ANGEL LUIS PACHECO, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s).

//
//
//
//

INDICTMENT

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense in violation of 26 U.S.C. §§ 5845 (a), (f) and 5861(d), as alleged in Count 4 of this Indictment, the Defendant ANGEL LUIS PACHECO, shall forfeit to the United States of America, any firearms involved or used in the commission of the offense

DATED: September 10, 2019.

A TRUE BILL

_____
Foreperson

William D. Hyslop
United States Attorney

_____
Thomas J. Hanlon
Supervisory Assistant United States Attorney

_____
Troy J. Clements
Assistant United States Attorney

INDICTMENT