FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL LUIS PACHECO,<br><br>Defendant. | No. 1:19-CR-2040-SAB-1<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 60, 61** |
|---|---|

Before the Court are Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 60) and related Motion to Expedite (ECF No. 61). Defendant requests that the Court strike Special Condition No. 10, which requires Defendant to participate in GPS monitoring and home detention. ECF No. 53. Neither the United States nor the United States Probation Office objects to the motion. ECF No. 60 at 2.

Due to Defendant's compliance with his conditions of release over the past three months, the Court finds that some modification of his conditions is appropriate. Thus, the Court will order that the home detention condition be

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE - 1

stricken. However, the Court is not inclined at this time to remove the GPS monitoring condition. If Defendant continues to perform successfully on pretrial release, the Court will entertain a motion to remove GPS monitoring.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 60**) is **GRANTED IN PART**.

2. Defendant's Motion to Expedite (**ECF No. 61**) is **GRANTED**.

3. Special Condition No. 10 (**ECF No. 53**), which required GPS Monitoring and home confinement, shall be **MODIFIED**. The condition requiring home confinement is STRICKEN. The condition requiring GPS monitoring remains in effect.

4. All other conditions of release shall remain in effect.

DATED October 16, 2020.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE