UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2021

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pacheco, Angel Luis | Docket No. | 0980 1:19CR02040-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Angel Luis Pacheco, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 7th day of July 2020, under the following conditions:

<u>Standard Condition No. 1</u>: Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation No. 1</u>: Mr. Pacheco is alleged to be in violation of his pretrial release conditions by committing fourth degree assault-domestic violence (case number 1A0175695) on May 2, 2021.

Conditions of pretrial release were reviewed and signed by Mr. Pacheco on July 11, 2020, acknowledging an understanding of his requirements to include standard condition number 1.

In the early morning of May 2, 2021, this officer received multiple law enforcement notifications via email pertaining to Mr. Pacheco. Mr. Pacheco then contacted this officer (later in the morning) and advised he had been arrested in Selah, Washington, for domestic violence. According to Mr. Pacheco, he found out his wife was cheating on him; he left the home then returned home and got into a verbal argument with his wife.

On May 5, 2021, this officer received the incident report dated May 2, 2021. According to the police report, on May 2, 2021, Selah Police Department officers were dispatched to 309 Anchor Loop in Selah, in reference to a physical domestic dispute between Mr. Pacheco and his wife. When officers arrived at the above-noted address, Mr. Pacheco's wife was contacted. She advised they had been arguing and decided to separate. According to the police report, Mr. Pacheco's wife stated she had been seeing someone else while Mr. Pacheco was in prison, but since his release, they were trying to make it work because they have two children in common. Per the report, Mr. Pacheco's wife shared that she recently purchased the home at 309 Anchor Loop by herself. She stated on May 2, 2021, Mr. Pacheco arrived at the residence at 2 a.m. and due to the late arrival, she was upset. She told Mr. Pacheco the "house was not a hotel" and he was "not going to be coming and going as he wished." Per the report, Mr. Pacheco and his wife began to argue and during the argument he slapped her on the left side of her face with his right hand. According to the report, Mr. Pacheco's wife left the bedroom where the assault occurred and sat down by the fireplace in the living room where she called Selah police. While on the phone with police, Mr. Pacheco left the residence.

Mr. Pacheco had his arraignment on the above-noted charges on May 4, 2021. He has a next hearing date of July 1, 2021.

  PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  May 5, 2021 |
| by |  |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dinkle*

Signature of Judicial Officer

5/5/2021

Date