United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2024

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Angel Luis Pacheco
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge
Docket No: 1:19CR02040-SAB-1

## PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Angel Luis Pacheco to travel out of the country.

Respectfully submitted by,

| s/Araceli Mendoza | 10/09/2024 |
|---|---|
| Araceli Mendoza | Date |
| U.S. Probation Officer | |

## THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X]  **Approves travel request**
[ ]  **Denies travel request**
[ ]  **Other**

_____
Signature of Judicial Officer

10/9/2024
Date